1  CHRISTOPHER CHIOU
   Acting United States Attorney
2  Nevada Bar Number 14853
   SUSAN CUSHMAN
3  Assistant United States Attorney
   501 Las Vegas Boulevard South, Suite 1100
4  Las Vegas, Nevada 89101
   Tel: 702.388.6336
5  Fax: 702.388-6418
   Susan.cushman@usdoj.gov
6  *Attorneys for the United States*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>BRIAN LEE KISSINGER,<br><br>   Defendant. | Case No. 2:02-cr-404-GMN-EJY<br><br>**Motion to Dismiss the Indictment Without Prejudice and Quash Warrant** |

On July 24, 2002, a federal grand jury returned an indictment charging Defendant KISSINGER with Conspiracy to Distribute a Controlled Substance in violation of 21 U.S.C. §§ 846, 841(a)(1) and (b)(1)(C) and related offenses. ECF 1. On August 12, 2003, a warrant was issued as to KISSINGER for failure to appear. ECF 41. KISSINGER has never been located by the FBI, the investigating agency, and therefore the arrest warrant remains unexecuted.

…

…

…

…

Therefore, pursuant to Federal Rule of Criminal Procedure 48(a), the government hereby moves for leave of Court to dismiss the Indictment without prejudice and quash the arrest warrant as to Defendant KISSINGER.

Respectfully submitted this 17th day of June, 2021.

                                            Respectfully submitted,

                                            CHRISTOPHER CHIOU
                                            Acting United States Attorney

                                            */s/ Susan Cushman*
                                            SUSAN CUSHMAN
                                            Assistant United States Attorney

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:02-cr-404-GMN-EJY |
| Plaintiff, | **Proposed Order Granting Motion to Dismiss the Indictment Without Prejudice and Quash Arrest Warrant** |
| v. | |
| BRIAN LEE KISSINGER, | |
| Defendant. | |

Pursuant to Federal Rule of Criminal Procedure 48(a), and upon leave of Court, the United States hereby dismisses without prejudice the Indictment and quashes the Arrest Warrant against Defendant BRIAN LEE KISSINGER.

CHRISTOPHER CHIOU
Acting United States Attorney

*/s/ Susan Cushman*
SUSAN CUSHMAN
Assistant United States Attorney

**IT IS SO ORDERED.**

DATED this 21 day of June, 2021.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT